UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE MOORE, JAMES HOFMANN and COSMO PFEIL, each individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>LONG ISLAND UNIVERSITY,<br><br>　　　　　　　　　Defendant. | **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Civil Action No.<br><br>2:20-cv-3843 (BMC) |

　　　　Defendant, Long Island University ("LIU" or "the University"), hereby notifies the Court of the following decisions that have been issued since the completion of briefing on the University's pending Motion for Judgment on the Pleadings (ECF Doc. Nos. 22-25 and 28).

1. **Hassan v. Fordham University (Southern District of New York, Jan. 28, 2021 (Wood, J)**

　　　　On January 28, 2020, Judge Kimba M. Wood, United States District Judge, Southern District of New York, granted Fordham University's motion to dismiss a putative class action based on similar allegations as those contained in Plaintiffs' Consolidated Class Action complaint. Hassan v. Fordham Univ., 20-cv-3265, 2021 WL 293255 (S.D.N.Y. Jan. 28, 2021). A copy of Judge Wood's decision is attached as **Exhibit A**.

2. **Gociman v. Loyola University of Chicago (N.D. Illinois, Jan. 25, 2021)**

　　　　On January 25, 2021, a district court in the Northern District of Illinois issued a decision dismissing a putative class action based on allegations similar to those asserted in Plaintiffs' Consolidated Class Action Complaint. Gociman v. Loyola University of Chicago, 20-C-3116, 2021 WL 243573, at *1 (N.D. Ill. Jan. 25, 2021). A copy of the decision is attached as **Exhibit B**.

1

Dated: February 1, 2021	BOND, SCHOENECK & KING, PLLC

By:	*s/Suzanne Messer*
	Jonathan B. Fellows
	Suzanne M. Messer
*Attorneys for Defendant*
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000