UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE MOORE, JAMES HOFMANN and COSMO PFEIL, each individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>LONG ISLAND UNIVERSITY,<br><br>   Defendant. | **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Civil Action No.<br><br>2:20-cv-3843 (BMC) |

Defendant, LONG ISLAND UNIVERSITY (the "University"), hereby notifies the Court of the following decisions that have been issued since the completion of briefing on the University's pending Motion for Judgment on the Pleadings (ECF Doc. Nos. 22-25 and 28).

1. **Jonathan Michel v. Yale University (D. Connecticut, July 7, 2021) – Judge Janet C. Hall**

On July 7, 2021, Judge Janet C. Hall, United States District Judge, District of Connecticut, granted Yale University's motion to dismiss an action based on similar allegations as those contained in Plaintiff's Amended Complaint.  See Michel v. Yale University, No. 20-CV-1080 (JCH), 2021 WL 2827358 (D. Conn. July 7, 2021).

2. **Erik Shak v. Adelphi University (Eastern District of New York, July 15, 2021 – Judge William F. Kuntz II)**

On July 15, 2021, Judge William F. Kuntz II, United States District Judge, Eastern District of New York, granted in part Adelphi University's motion to dismiss an action based on similar allegations as those contained in Plaintiff's Amended Complaint. See Eric Shak v. Adelphi University, No. 20-CV-1951 (WFK)(RML), 2021 WL 3030069 (E.D.N.Y. July 15, 2021).

| | |
|---|---|
| Dated:  July 20, 2021 | BOND, SCHOENECK & KING, PLLC |
| | By:     *s/Jonathan B. Fellows*     <br>            Jonathan B. Fellows<br>            Suzanne M. Messer<br>*Attorneys for Defendant*<br>One Lincoln Center<br>Syracuse, NY 13202<br>Telephone: (315) 218-8120<br>Fax: (315) 218-8100<br>Email: jfellows@bsk.com<br>Email: smesser@bsk.com |

2

12794183