**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTOINETTE MOORE, JAMES HOFMANN and COSMO PFEIL, each individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br><br>LONG ISLAND UNIVERSITY,<br><br>Defendant. | Case No.: 20-cv-3843 (BMC) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby provide this notice of supplemental authority of twenty-two (22) new opinions in COVID-19 tuition and fee refund actions in relation to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss the Consolidated Class Action Complaint (Dkt. No. 24). These supporting decisions in this matter, are:

1.) *Bahrani v. Northeastern Univ.*, No. 20-cv-10946, 2020 WL 7774292 (D. Mass. Dec. 30, 2020) (Exhibit 1);

2.) *Garland v. W. Mich. Univ.*, No. 20-000063, 2021 WL 305744 (Mich. Ct. Cl. Jan. 6, 2021) (Exhibit 2);

3.) *In re: Boston University Covid-19 Refund Litigation*, No. 20-cv-10827, 511 F. Supp.3d. 20 (D. Mass. Jan. 7, 2021) (Exhibit 3);

4.) *Rhodes v. Embry-Riddle Aeronautical Univ., Inc.*, No. 6:20-cv-927, 2021 WL 140708 (M.D. Fla. Jan 14, 2021) (Exhibit 4);

5.) *Grant v. Chapman Univ.*, No. 30-2020-01146699, 2021 WL 908564 (Cal. Sup. Ct. Jan. 22, 2021) (Exhibit 5);

6.) *Doe v. Emory Univ.*, No. 1:20-cv-2002, 2021 WL 358391 (N.D. Ga. Jan. 22, 2021) (Exhibit 6);

7.) *Little v. Grand Canyon Univ.*, No. 20-cv-00795, 2021 WL 308940 (D. Ariz. Jan 29, 2021) (Exhibit 7);

8.) *In Re: University of Miami Covid-19 Tuition and Fee Refund Litigation*, No. 0:20-cv-60851, 2021 WL 1251139 (S.D. Fla. March 5, 2021) (Exhibit 8);

9.) *Holmes v. Univ. of Mass.*, No. 2084CV01025-B, 2021 WL 1099323 (Sup. Ct. Mass. Mar. 8, 2021) (Exhibit 9);

10.) *Seslar, et al. v. Trs. of Purdue Univ.*, No. 79D02-2005-PL-000059, 2021 WL 1235493 (Ind. Super. Ct. Mar. 8, 2021) (Exhibit 10);

11.) *Patel v. Univ. of Vermont*, No. 20-cv-00061, 2021 WL 1049980 (D. Vt. March 15, 2021) (Exhibit 11);

12.) *Metzner v. Quinnipiac Univ.*, No. 20-cv-00784, 2021 WL 1146922 (D. Conn. Mar. 25, 2021) (Exhibit 12);

13.) *Omori v. Brandeis Univ.*, No. 20-cv-11021, 2021 WL 1408115 (D. Mass. Apr. 13, 2021) (Exhibit 13);

14.) *Rodrigues v. Boston Coll.*, No. 20-cv-11662, 2021 WL 1439784 (D. Mass. Apr. 15, 2021) (Exhibit 14);

15.) *Botts v. Johns Hopkins Univ.*, No. 20-1335, 2021 U.S. Dist. LEXIS 76788 (D. Md. Apr. 21, 2021) (Exhibit 15);

16.) *Williams v. Corp. of Mercer Univ.*, No. 5:20-CV-361, 2021 WL 2328009 (M.D. Ga. June 7, 2021) (Exhibit 16);

17.) *Miazza v. Bd. Of Supervisors of Louisiana State Univ. and Agric. and Mechanical Coll.*, Case No. C-696918 and *Gunter v. Louisiana State Univ., et al.*, Case No. C-698930, Order (La. Civ. D. Ct. June 11, 2021) (Exhibit 17);

18.) *Montesano v. The Catholic University of America*, Case No. 20-cv-01496 and *Payne v. Howard University*, Case No. 20-cv-3792, 2021 WL 2894720 (D.D.C. July 9, 2021) (Exhibit 18);

19.) *Barry v. Univ. of Washington*, No. 20-2-13924-6, Memorandum and Order (Wn. Super. Ct. Mar. 19, 2021) (Exhibit 19);

20.) *Verdini v. Dist. Bd. Of Trs. of Miami-Dade College*, No. 2020-17924, Opinion and Order (Cir. Ct. Feb. 1, 2021) (Exhibit 20);

21.) *Ballas v. State of Nevada Bd. Of Regents, et al.*, No. CV20-922, Order (Nv. Civ. D. Ct. July 29, 2021) (Exhibit 21); and

22.) *Wnorowski v. University of New Haven*, No. 3:20-cv-01589, Opinion and Order (D. Conn. Aug. 3, 2021) (Exhibit 22)

Plaintiffs respectfully suggest that these decisions further support their position in this matter in opposition to Defendant's Rule 12(c) Motions.

Dated August 4, 2021                              Respectfully Submitted,

| | |
|---|---|
| **ANASTOPOULO LAW FIRM, LLC** | **BURSOR & FISHER, P.A.** |
| By: /s/_Roy T. Willey, IV | Joseph I. Marchese |
| Roy T. Willey, IV (*pro hac vice*) | 888 Seventh Avenue |
| Eric M. Poulin (*pro hac vice*) | New York, NY 10019 |
| 32 Ann Street | Tel: (646) 837-7150 |
| Charleston, SC 29403 | Facsimile: (212) 989-9163 |
| Tel: (843) 614-8888 | Email: jmarchese@bursor.com |
| Email: roy@akimlawfirm.com | |
| eric@akimlawfirm.com | |
| | |
| **MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN, LLP** | **BURSOR & FISHER, P.A.** |
| | Sarah N. Westcot (*pro hac vice* forthcoming) |
| John M. Bradham | 701 Brickell Ave, Suite 1420 |
| Peter B. Katzman | Miami, FL 33121 |
| 444 Madison Avenue, 4th Floor | Tel: (305) 330-5512 |
| New York, NY 10022 | Facsimile: (305) 676-9006 |
| Tel: (212) 695-8050 | Email: swestcot@bursor.com |
| Email: jbradham@msbllp.com | |
| pkatzman@msbllp.com | |
| | |
| **TOPTANI LAW, PLLC** | **SQUITIERI & FEARON, LLP** |
| Edward Toptani | Stephen J. Fearon, Jr. |
| 375 Pearl Street, Suite 14106 | 32 East 57th Street |
| New York, NY 10038 | 12th Floor |
| Tel: (212) 699-8930 | New York, NY 10022 |
| Email: edward@toptanilaw.com | Tel: (212) 421-6492 |
| | Email: stephen@sfclasslaw.com |

**ATTORNEYS FOR THE PLAINTIFFS AND THE PROPOSED CLASSES**

3