# EXHIBIT 14

2021 WL 1439784
Only the Westlaw citation is currently available.
United States District Court, D. Massachusetts.

Anilda **RODRIGUES** and Sarah Talbott, on behalf of themselves and all others similarly situated
v.
**BOSTON** COLLEGE

CIVIL ACTION NO. 20-CV-11662-RWZ
|
Filed 04/15/2021

**Attorneys and Law Firms**

Christopher M. Lefebvre, Pawtucket, RI, David A. Searles, Pro Hac Vice, Edward H. Skipton, Pro Hac Vice, James A. Francis, Pro Hac Vice, John Soumilas, Pro Hac Vice, Francis Mailman Soumilas, P.C., Philadelphia, PA, Yvette Golan, Pro Hac Vice, The Golan Firm, Washington, DC, for Anilda **Rodrigues**.

Yvette Golan, The Golan Firm, Washington, DC, for Sarah Talbott.

Jennifer Dawson Cardelus, O'Melveny & Myers LLP, Los Angeles, CA, Anton Metlitsky, Pro Hac Vice, New York, NY, Jennifer B. Sokoler, Pro Hac Vice, O'Melveny & Myers LLP, New York, NY, for **Boston** College.

ORDER

ZOBEL, S.D.J.

**\*1** Defendant's motion to dismiss (Docket # 25) is DENIED. "Drawing all inferences in plaintiffs' favor, the court cannot, as a matter of law, say that no student could have reasonably expected that paying the tuition charged for the Spring semester of 2020 and registering for on-campus courses would entitle them to in-person instruction." In re **Boston** Univ. Covid-19 Refund Litig., No. 20-cv-10827, 2021 U.S. Dist. LEXIS 4651, at \*7–8, 2021 WL 66443 (D. Mass. Jan. 7, 2021). As to Plaintiffs' remaining claim, having drawn all reasonable inferences in their favor, as the court must, the allegations are sufficient.

**All Citations**

Slip Copy, 2021 WL 1439784