# EXHIBIT 17

| | | |
|---|---|---|
| MICHAEL MIAZZA, individually and on behalf of all others similarly situated | * * * * | NUMBER: C-696918  SECTION: 24 |
| | * | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | * * | |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE | * * * * | PARISH OF EAST BATON ROUGE  STATE OF LOUISIANA |

*consolidated with*

| | | |
|---|---|---|
| TAYLOR GUNTER, individually and on behalf of all others similarly situated | * * * | NUMBER: C-698930  SECTION: 24 |
| | * | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | * * | |
| LOUISIANA STATE UNIVERSITY SYSTEM, and other affiliated entities and individuals MARY L. WERNER, ROBERT S. DAMPF, JAMES M. WILLIAMS, RONALD R. ANDERSON, LEE MALLETT, RICHARD E. ZUSCHLAG, JACK A. BLOSSMAN, REMY VOISIN STARNS, JIMMIE M. WOODS, GLENN ARMENTOR, VALENCIA S. JONES, B. WAYNE BROWN, PATRICK C. MORROW, RAYMOND R. MORRIS and COLLIS B. TEMPLE | * * * * * * * * * * * * * * | PARISH OF EAST BATON ROUGE  STATE OF LOUISIANA |

*********************************************************************

## JUDGMENT

A hearing was held before this Honorable Court on June 7, 2021 on an Exceptions of No Cause of Action filed on behalf of defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU"), seeking to dismiss plaintiffs' claims. Present in Court were the following:

Andrew Blanchfield, for LSU

Chelsea Payne, for LSU

Roy Willey, for plaintiffs

Andrew Lemmon, for plaintiffs

Anna Haac, for plaintiffs

After considering the pleadings and exhibits filed by both parties, argument of counsel, and the law, the Court rendered judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED Defendant's Peremptory Exception of No Cause of Action is DENIED, Defendant's Motion for Protective Order and/or to Stay Discovery is DENIED, and Plaintiffs' Motion to Compel is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant respond to Plaintiffs' discovery requests within thirty (30) days.

Baton Rouge, Louisiana, this _11th_ of June, 2021.

_____
HONORABLE DONALD JOHNSON
19TH JUDICIAL DISTRICT COURT

**Please Send and Serve All Counsel of Record**

Andrew Lemmon
Andrew@lemmonlawfirm.com
P.O. Box 904
Hahnville, LA 70057

Roy T. Willey, IV (admitted *pro hac vice*)
roy@akimlawfirm.com
Eric M. Poulin (admitted *pro hac vice*)
eric@akimlawfirm.com
32 Anne Street
Charleston, SC 29403

Melissa S. Weiner (*pro hac vice* forthcoming)
mweiner@pswlaw.com
800 LaSalle Ave., Ste. 2150
Minneapolis, MN 55402

Jeff Ostrow (*pro hac vice* forthcoming)
ostrow@kolawyers.com
Jonathan M. Streisfeld (*pro hac vice* forthcoming)
streisfeld@kolawyers.com
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301

Hassan Z. Zavareei (admitted *pro hac vice*)
hzavareei@tzlegal.com
Anna Haac (admitted *pro hac vice*)
ahaac@tzlegal.com
182 L Street NW, Ste. 1000
Washington, DC 20036

Richard C. Dalton
rick@rickdaltonlaw.com
Richard C. Dalton, LLC
P.O. Box 358
Carencro, LA 70520

Jason P. Sultzer (*pro hac vice* forthcoming)
sultzerj@thesultzerlawgroup.com
Jeremy Francis (*pro hac vice* forthcoming)
jfrancis@thesultzerlawgroup.com
85 Civic Center Plaza, Ste. 104
Poughkeepsie, NY 12601

Jeffrey K. Brown (*pro hac vice* forthcoming)
jbrown@leedsbrownlaw.com
Michael A. Tompkins (*pro hac vice* forthcoming)
mtompkins@leedsbrownlaw.com
Brett R. Cohen (*pro hac vice* forthcoming)
bcohen@leedsbrownlaw.com
One Old Country Road, Ste. 347
Carle Place, NY 11514

Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

**I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.**

**DONE AND MAILED ON June 16, 2021**

_Tracy Hewitt_
**DEPUTY CLERK OF COURT**