# EXHIBIT 19

HONORABLE JUDITH H. RAMSEYER

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| ALEXANDER BARRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, WILLIAM S. AYER, JOEL BENOLIEL, JOANNE HARRELL, JEREMY JAECH, LIBBY MACPHEE, CONSTANCE RICE, ROGELIO RIOJAS, BLANE TAMAKI, DAVID ZEEK, and, ANA MARI CAUCE,<br><br>Defendants. | No. 20-2-13924-6-SEA<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES |

THIS MATTER having come before the Court on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"), following the Court's review of Plaintiff's First Amended Class Action Complaint, the parties' briefing and related submissions on Defendants' Motion to Dismiss, and having heard oral argument during the video motion to dismiss hearing held before the Court on March 17, 2021, for the reasons stated by the Court on the record during the March 17, 2021 hearing, *incorporated herein*, Defendants' motion is GRANTED IN PART and DENIED IN PART.

The Court DENIES Defendants' Motion to Dismiss with respect to Count I (Breach of Contract), Count II (Breach of Implied Contract) and Count III (Unjust Enrichment).

1

The Court GRANTS Defendants' Motion to Dismiss as to Count IV (Violation of the Takings Clause – 42 U.S.C. § 1983), Count V (Inverse Condemnation), and Count VI (Due Process – 42 U.S.C. § 1983).

By agreement of the parties, Defendant University of Washington shall answer Plaintiff's First Amended Class Action Complaint on or before **April 21, 2021**. All claims against the individual Defendants have been dismissed.

DONE this __18__ day of March, 2021.

_____
HONORABLE JUDITH H. RAMSEYER
KING COUNTY SUPERIOR COURT JUDGE