UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTOINETTE MOORE, JAMES HOFMANN
and COSMO PFEIL, each individually and on
behalf of others similarly situated,

                                            JUDGMENT

                    Plaintiffs,                    20-cv-3843 (BMC)

   v.

LONG ISLAND UNIVERSITY,

                    Defendant.
----------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on January 24, 2022, granting LIU's motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that LIU's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       January 25, 2022

                                                                      Douglas C. Palmer
                                                                      Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk