## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINETTE MOORE, JAMES HOFMANN and COSMO PFEIL, each individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br><br>LONG ISLAND UNIVERSITY,<br><br>Defendant. | Case No.: 20-cv-3843 (BMC) |

## NOTICE OF APPEAL

Notice is hereby given that James Hofmann, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order dated January 24, 2022 and Entry of Judgment dated January 25, 2022 granting Defendant's Motion for judgment on the pleadings.

Dated February 24, 2022                Respectfully Submitted,


**[signature page to follow]**

| | |
|---|---|
| **ANASTOPOULO LAW FIRM, LLC**<br><br>By: /s/ Roy T. Willey, IV<br>    Roy T. Willey, IV*<br>    Eric M. Poulin*<br>    32 Ann Street<br>    Charleston, SC 29403<br>    Tel: (843) 614-8888<br>    Email: roy@akimlawfirm.com<br>            eric@akimlawfirm.com | **TOPTANI LAW, PLLC**<br>    Edward Toptani<br>    375 Pearl Street, Suite 14106<br>    New York, NY 10038<br>    Tel: (212) 699-8930<br>    Email:<br>    edward@toptanilaw.com |

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN, LLP**

    John M. Bradham
    Peter B. Katzman
    444 Madison Avenue, 4th Floor
    New York, NY 10022
    Tel: (212) 695-8050
    Email: jbradham@msbllp.com
            pkatzman@msbllp.com

**ATTORNEYS FOR THE PLAINTIFFS AND THE PROPOSED CLASSES**

*Admitted pro hac vice