```
&%RPCourt Name: Eastern District of New York
Division: 1
Receipt Number: 4653163855
Cashier ID: townsend
Transaction Date: 03/16/2022
Payer Name: Poulin Willey Anastopoulo LLC
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Poulin Willey Anastopoulo LLC
 Case/Party: D-NYE-2-20-CV-003843-001
 Amount:         $505.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```